IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 09 2023

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **Charles Otis Herring,** | ) |
| *Plaintiff* | ) ) ) |
| | ) Civil Action No. 4:22-cv-00330 |
| vs. | ) ) |
| **Buc-ee's Ltd.,** | ) ) |
| *Defendants* | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO BUC-EE'S, LTD'S RESPONSE TO PLAINTIFF'S RESPONSE IN OPPOSITION TO BUC-EE'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW CHARLES OTIS HERRING,** Plaintiff In Pro Se who herewith files this, his Motion Seeking Leave To File a Sur-Reply To Defendants Motion For Summary Judgment, pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure. In support of same, and for good cause, Plaintiff would respectfully show unto the court as follows:

### I. NATURE OF THE CASE AND PROCEEDINGS BELOW

This is a claim alleging conspiracy to commit racial discrimination, racial discrimination, retaliation, wrongful termination, constructive discharge, hostile work environment, and disparate treatment. Plaintiffs filed his original claim on February 05 2022. This case has now proceeded to the Summary Judgment stage where Defendant Buc-ee's has claimed that Plaintiff may not present a prime facie showing of discrimination as required by the statute, or that even if Plaintiff's claims do present a

1

prime facie showing of discrimination, Defendant Buc-ee's possessed significant non-discriminatory reasons for its actions.

## II. BASIS OF MOTION FOR SUR-REPLY

Defendant has presented a challenge to Plaintiff's evidence by way of its Reply. Plaintiff therefore provides the requested information relating to the various forms of evidence as it appears within the record in this case. Plaintiff therefore, requests leave to file a Sur-Reply to Buc-ee's Response to his original response in opposition to Buc-ee's Motion For Summary Judgment.

## III. CONCLUSION

Plaintiff respectfully prays that the court would allow him to file this Sur-Reply to his Response to Defendant Buc-ee's Ltd.'s Motion For Summary Judgment to include the corrections necessary to review Plaintiff's points of consideration presented herein. The issues presented by this instrument relate to Plaintiff's evidentiary claims and which are identified by its appearance in the record .

/             Respectfully Submitted,

/s/_____
Charles Otis Herring - Plaintiff
808 College Street
El Campo, Texas  77437
herring.charles@yahoo.com

## Certificate of Service

    This is to certify that a true and correct copy of the foregoing instrument has been served upon all parties through Defendant's Counsel of record by placing same in the U.S.P.S. General mail, first class, postage prepaid on this 28th day of December, 2022.

                                                                    Charles Otis Herring

# Exhibits

| | |
|---|---|
| **A-1** | Sworn declaration from Stacy Damian |
| A-2 | Tape of meeting between Plaintiff and Andy Golderg |
| A-3 | Zoom recording of Deposition of Andy Goldberg |
| A-4 | Zoom recording of Deposition of Quita Cooper |
| A-5 | Zoom recording of Deposition of Lance Hornsby |
| **A-6** | **Sworn Affidavit of Plaintiff Charles Otis Herring** |

Charles Otis Herring
808 College St.
El Campo, Texas 77437
(979)-635-0760
herring.charles@yahoo.com

Office of the Clerk
United States District Court
Southern Dis. of Texas
Houston Division
515 Rusk St.
Houston, Texas 77002

United States Courts
Southern District of Texas
F I L E D

JAN 09 2023

Nathan Ochsner, Clerk of Court

January 05, 2023

In Re: **Civil Action No. 04-22-cv-00330, styled as**
**Charles Otis Herring v. Buc-ee's Ltd**
**Motion For Leave To File Sur-Reply to Defendant's Motion For Summary Judgment**

Dear Clerk,

Enclosed for filing among the papers in the above-referenced cause, please find a copy of the Plaintiff's Motion For Leave to File A Sur-reply to Defendant's Response In Opposition to Plaintiff's Initial Reply to Motion For Summary Judgment by Buc-ee's, Ltd.

Please note that the original exhibits should be attached to this pleading and incorporated as if by reference.

Thank you for your kind attention to this matter.

/s/ *[signature]*
Charles Otis Herring