United States District Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CHARLES OTIS HERRING, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. H-22-330 |
| BUC-EE'S LTD., | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the court's memorandum opinion, Charles Otis Herring's claims against Buc-ee's Ltd. are dismissed with prejudice. Each party is to bear its own costs and fees.

SIGNED on January 25, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge